TRANSLATION ONLY

IN THE MAGISTRATE'S COURT

CRIMINAL JURISDICTION

FASI COURT HOUSE                                              CRS    /22

BETWEEN    :    TONGA POLICE

Prosecution

AND    :    JAMES PURDY

Defendant

**AFFIDAVIT OF THE DEFENDANT IN SUPPORT OF HIS APPLICATION TO VARY BAIL.**

I, James Purdy of ▮▮▮▮▮ West Valley City, Utah, 84120, United States of America, currently residing at Hofoa, Tongatapu make the following statements:

1. I am the defendant in this case.

2. I am 25 years old, and I was born on ▮▮▮ 1997 and I live in Hofoa, Tonga.

3. I make this affidavit in support of my application to:

    i. Vary the conditions of my bail, to permit me to travel to America on 20 December and I will return on 13 January 2023. I provide here my travel ticket marked "A"

4. The purpose of my travel, I intent to travel to see my grandmother – ▮▮▮ who is elderly and who is 90 years old. I provide here a copy of an email from the health insurance company of my grandmother and also an email from my mother, and these are marked as "E".

5. I am very close with my grandmother and since I travelled here and became a teacher at ▮▮▮ I have not been able to return to see her as a result of covid-19 and the restrictions accompanied with it.

6. I have no plan to travel and not return for my trial. Since I came to Tonga I have considered myself a Tongan and Tonga to be my country because:

    a. I really like the Tongan behaviour and the way of living in Tonga.

  e. I take care of, or the word I use is – customarily adopt a young boy named ▮▮ ▮▮ and I provide here a letter from his mother, which is marked as "F".

  f. I have a bank account in Tonga at the BSP bank, of which I provide here a copy of my account marked as "H".

  h. I also have a retirement account in Tonga, account number ▮▮ and I have a vehicle, of which I provide here copies of my retirement account and the ownership of my vehicle marked as "T".

  i. I intend to plead not guilty to the charge against me, and I really want to return for my trial to show that I did not commit any such crime, because it greatly contradicts my faith.

7. Since I was granted bail I have complied with the conditions of my bail.

8. I promise that I will not (sic) from my trial, and I will obey fully the orders of the Court until such a time I return for the trial.

9. I am ready to pay a bond if it is ordered by the Court.

10. I truly believe that the contents of this affidavit are accurate and true to the best of my knowledge and memory.

(signature)

**James Purdy**

Sworn before me in **Nuku'alofa** on 15 day of December 2022.

(signature) (stamp of the Magistrate's Court)

~~Commissioner for Oaths~~/**Magistrate**

(signature) (stamp of the Magistrate's Court)

~~Commissioner for Oaths~~/**Magistrate**