IN THE SUPREME COURT OF TONGA

CRIMINAL JURISDICTION

NUKU'ALOFA REGISTRY                                             CR  /2023

BETWEEN :    REX

                                                    Prosecution/ Respondent

AND      :    WILLIAM JAMES PURDY

                                                    Accused/ Applicant

## AFFIDAVIT BY WILLIAM JAMES PURDY IN SUPPORT OF HIS APPLICATION FOR VARIATION HIS BAIL CONDITIONS.

I William James Purdy of Hofoa, Tongatapu, make oath and says as follows:

1. I am the Accused in this matter, and I had pleaded Not Guilty to all the charges that being charged me with.

2. I am 25 of age and my date of birth is ▮▮▮▮▮▮ 1997.

3. This affidavit is sworn in support of my application to vary the conditions of my bail to:

    (a) Allow myself to travel to the United States of America on Thursday the 2nd of February 2023 and then return back to Tonga on Thursday the 23rd of March 2023

to attend my trial in this matter which has been fixed to be heard on 24th April 2023.

(b) The prime purpose of my travel to attend medical treatment at the United States in related to my right eye, and I shall return back according to the date I've mention in paragraph 3(a) of this affidavit.

4. I do understand the concerns involved in my case and granting my application constitutes a great deal of trust being extended to me.

5. I fully intend to return to Tonga following my recovery after surgery and the proposed date that I had mention in paragraph 3(a) of this affidavit as I really need to defend me from the accusation that being accused me of and to clear my name from this very serious allegations.

6. Tonga is my home, this is where I live, work, studies and also invested much of my life. It is my wish to get my right eye treated before I got blind in very young age.

7. I did have an eye disease namely – keratoconus since I was in high School. On 2013 I got an eye surgery for my left eye which was almost lost vision. My right eye was not treated at that time but was told by the doctor that I need to get medical treatment for that eye too before it got worse and may lead to blindness.

8. That I felt the need to diagnose my right eye as time goes by, I started to feel the pain from my right eye and my vision started to blur.

9. I visit to Vaiola Hospital seeking treatment for my right eye, but unfortunately they have informed me, the necessary treatment to my

right eye would not be able to get it done here in Tonga. They suggest I shall get the medical treatment for my eye at overseas and as soon as possible.

10. I had made my travel arrangement and the expected date of departure from Fua'amotu airport is the 02nd February 2023 and will return to Tonga on 23rd March 2023 to attend my court trial.

11. I only intend to go for this medical treatment due to the Doctor's report that it is in my best interest to take my eye medical treatment at overseas' hospital because they would not be able to get my treatment here in Tonga and should do it as soon as possible. The medical resources available in all hospitals here in Tonga for eye treatment may very limit and would not helpful to use in my circumstances at the moment.

12. I hereby confirm that as soon my eye surgery done and myself recovered I will be return back here to attend my trial pending in court, which the trial date has been set to be heard on 24th of April 2023, and the trial has been schedule to last for about 5 days.

13. I do have sureties that are willing to be my surety if required by the Honorable Court.



14. If my application granted, I will be stayed with my parent at this address: ███████████ West Valley City, Utah 84120, my mother contact NO: ███████ and ███████@gmail.com

15. I know that this affidavit will be considered in the official decision about my application and the contents are true and correct to the best of my knowledge and belief.

*Will By* (signature)

William James Purdy

SWORN before me at Nuku'alofa 26ᵗʰ Day of January 2023.

_____
Commissioner for Oaths/ Magistrate

Read over by me in the Tongan language with which I have ascertained the Deponent is familiar.

_____
Commissioner for Oaths/ Magistrate

Your Honor,

Thank you for taking the time to review these documents and my request to be able to return temporarily to the United States. I understand the concerns involved and that granting my request constitutes a great deal of trust being extended to me. I would like it made clear that I fully intend to return to Tonga following my recovery after surgery and be able to clear my name. Tonga is my home. This is where I live, work, school, and have invested so much of myself. I love this country, the friends and family I have made, and all the great things that are available to me here. I only ask for the opportunity to have this surgery on my eye before I lose my vision and that I be able to see my family whom circumstance (Covid, volcano/tsunami, awaiting visa issuance, etc.) has prevented me from seeing for over three years. This is especially true for my grandma whose health has seriously deteriorated and whom I would like to see before either loses memory of me or passes away.

Again, I would like to emphasize that I understand the gravity of the situation and that this requires a significant amount of trust from the Court. I only hope you will understand that my reasons for a temporary visit to the U.S. are legitimate and that I will return to Tonga, the country I have made my home, to be able to exonerate myself. This whole ordeal has put my family through more than I could ever ask of them. I know my family is struggling financially to support me while we await trial and I look forward to my life returning to some semblance of normal here in Tonga following the trial.

I ask that you please grant me this opportunity to save my vision and ease the burden on my family. I will then return and prepare for my trial.

Thank you,

William Purdy