## IN THE SUPREME COURT OF TONGA
## CRIMINAL JURISDICTION
## <u>NUKU'ALOFA REGISTRY</u>                          CR    / 2022

<u>**BETWEEN**</u>       :       <u>**REX**</u>

*Prosecution/Respondent*

<u>**AND**</u>          :       <u>**WILLIAM JAMES PURDY**</u>

*Accused/ Applicant*

### <u>AFFIDAVIT OF ACCUSED IN SUPPORT OF SECOND APPLICATION</u>
### <u>FOR VARIATION OF BAIL CONDITIONS</u>

I, William James Purdy make oath and say:

1. I am the accused in this matter.

2. This affidavit is sworn in support of my second application for variation of the conditions of my bail.

3. There are two main reasons for this application. Firstly, I wish to travel to the United States to say good-by to my grandmother. Secondly, to receive medication to my right eye. I am annexed marked "A" a copy of mother's letter explaining my situation.

4. As to the medical condition of my grandmother I annex:

    a)    marked "**B**" the ED Note Physician, confirming that my grandmother suffered an acute stroke and she is critically ill.

    b)    marked "**C**", the Progress Notes from the doctor, and

    c)    marked "**D**", the doctor's consultation notes.

5. As to the condition of my right eye, I annex marked "**E**" a copy of the second letter from my doctor.

6. I undertake on oath to return to Tonga for my trial, and there is no intention on my part to run away from trial.

*[signature]*

William James Purdy

SWORN before me at Nuku'alofa this __14ᵗʰ__ day of __FEBRUARY__ 2023.

*[signature]*

~~Commissioner for Oaths~~
MAGISTRATE

Read over by me in the Tongan/ English language with which I have ascertained the deponent to be familiar with its contents.

*[signature]*

~~Commissioner for Oaths~~
MAGISTRATE