

**URGENT** — Ministry of Foreign Affairs, IMMIGRATION & CITIZENSHIP DIVISION — RECEIVED — Date: 27-03-2023 by [signature]

Request from Police for further investigation.
Depart - 30/3/23
FJ 212 - Nadi

200

$115 457-50
27/3/23 /72-50
PAID
RC 756832
RTT8731

# NGAAHI TU'UTU'UNI KI HE TOHI FAKANGOFUA KE FOLAU 2004

TEPILE 1
(Tu'utu'uni 3 (2))

FOOMU 1

## TOHI KOLE TOHI FAKANGOFUA KE FOLAU TONGA

Lau 'a e ngaahi fakamatala pea ke toki fakafonu 'a e foomu.
Kataki 'o tohi 'a e ngaahi fakaikiiki ke mahino

### 1. FAKAMATALA 'O E TOKOTAHA KOLE

| | | | |
|---|---|---|---|
| Hingoa Famili | M███ | Hingoa Ngaue'aki | S███ R███ |
| Hingoa kehe 'oku ngaue'aki | | 'Aho fa'ele'i | 30 ███ 1993 (aho / mahina / ta'u) |
| Feitu'u na'e Fa'ele'i ai | Vaiola hospital, Tofoa | Fonua na'e fa'ele'i ai | Tonga |
| Tu'unga Nofo mali | XX  S | Tangata / Fefine | ✓ Tangata |
| Ma'olunga | 1 m 70 cm | Lanu 'o e kano'imata | ███ |
| Ngaue | Bank officer | Lanu 'o e lo'ulu | ███ |

### 2. TANGATA'I FONUA

Ngaahi fakamo'onni 'oku fakahu ko e tokotaha Tonga koe

| | | | |
|---|---|---|---|
| Tohi Fa'ele'i | 451/1993 | Tohi fakamo'oni Liliu Kakai | ✗ |
| Tohi fakangofua Ke folau Tonga Kimu'a | lost (R394314) (10/04/12) | Tohi Fakamo'oni ke toe Liliu | 27-3 |

| 3 | TU'ASILA FETU'UTAKI | | | |
|---|---|---|---|---|
| | Tu'asila Meili | | Telefoni/'Aho | 7724155 |
| | | | Telefoni/Po'uli | |
| | Tu'asila 'oku nofo ai | Kolonga Tongatapu | Fekisimili | |
| | | | E-meili | |

| 4 | FAKANGOFUA KI HA TOHI FAKANGOFUA KE FOLAU MA'A HA TAMASI'I |
|---|---|
| | Koe fakangofua 'e ma'u pe ia mei ha taha 'o e ongo matu'a pe ko ha tauhi fakalao |
| | Hingoa 'o e taha 'o e ongo matu'a/tauhi fakalao: |
| | 'Oku ou fakangofua ke 'oange ha tohi fakangofu |
| | Ke folau kia……………………………… (tamasi'i) |
| | Fakamo'oni 'o e kainga ki he tamasi'i: |
| | Tohi Fa'ele'i ☐    Tu'utu'uni Tauhi Fakalao ☐ |

| 5 | FAKAMO'ONI'I ' O E TOKOTAHA KOLE |
|---|---|
| | 'Oku ou fakapapau'I ko e tokotaha kole tohi fakangofua ke folau kuo u 'ilo'I he ta'u 'e 10 pea 'I he lelei taha 'eku 'ilo mo 'eku tui 'oku mo'oni 'a e ngaahi fakamatala 'I he foomu ko 'eni. |
| | Fakamo'oni: _Analia Halaisuesue_    'Aho: 27/5/23 |
| | Ngaue: National Retirement Benefits Fund |
| | Tu'asila: Kolonga |

| 6 | NGAAHI TOTONGI | | | |
|---|---|---|---|---|
| | Mahu'inga | 115 +57 50 | Fika Tali Totongi | |
| | Founga Totongi | Pa'anga ✓ | sieke ☐ | Kehe ☐ |

| 7 | **FAKAPAPAU** | |
|---|---|---|
| | 'Oku ou fakapapau heni: | |
| | A. Ko e tokotaha Tonga au 'o fakatatau ki he ngaahi lao 'oku nau pule'I 'a e tangata'I fonua 'i Tonga 'I he taimi ni pea 'oku te'eki ke mole 'eku totonu ko e taha Tonga au. | ✓ |
| | E. Kapau te u folau te u fai ha me'a fe'unga ki he tauhi hoku uaifi mo e fanau | ✓ |
| | F. Ko e ngaahi tohi fakangofua ke folau fekau'aki na'a ku ma'u kimu'a kuo'osi tuku atu | ✓ |
| | H. Kapau te u tukuange 'eku tangata'I fonua Tonga, kuo pau ke u tuku atu 'a e koloa 'o 'eku Ngaahi tohi fakangofua ke folau Tonga ke kaniseli | ✓ |
| | I. Kapau kuou 'oatu ha fakamatala loi 'e malava ke kaniseli ha tohi fakangofua ke folau 'e Foaki kiate atu pea 'e malava, 'I he lao keu mo'ua mo ngaue popula pe mo'ua mo ngaue Popula fakatou'osi. | ✓ |
| | k. Koe ngaahi fakamatala 'oku 'oatu 'I he kole ko 'eni 'oku totonu ia ki he lelei taha 'eku 'ilo | ✓ |
| | Signature: S.M█   Date: 27/3/23 | |

| 8 | **TOHIFAKANGOFUA KE FOLAU KIMU'A KUO MOLE KAIHA'ASI PE MAUMAU** |
|---|---|
| Fika tohi fakangofua ke folau | R█ |
| Feitu'u na'e foaki ai | R█ |
| 'Aho ne foaki ai | 10/04/12 |
| Koe hingoa kakato He tohi fakangofua Ke folau | S█ Pe█ M█ |
| 'Aho fa'ele'i | 30/█/93 |
| Feitu'u na'e mole/ Kaiha'asi ai | |
| 'Aho na'e mole/kaiha'asi ai | |
| Fakamatala ki he mole 'o e tohi fakangofua | — |
| Kapau na'e lipooti ki he Kau Polisi, feitu'u mo e Taimi na'e fai ai 'a e lipooti | |

Fakapapau: 'Oku ou fakapapau ko e ngaahi fakamatala 'oku ha 'I 'olunga mo'oni ki he lelei taha 'eku 'ilo pea ka 'ilo 'a e tohi fakangofua ke folau teu fakafoki ke kaniseli.

Fakamo'oni: K S.M█   'Aho: 27/3/23

# TATAU MO'ONI 'O HA LESISITA FA'ELE
## TRUE COPY OF BIRTH REGISTRATION

463653

FIKA LESISITA:
REGISTRATION NO: 451/1993

| | |
|---|---|
| **Hingoa 'o e Tamasi'i:** / *Name of Child:* | SE████ P████ M████ |
| **Fa'ele'i 'i fe:** / *Place of Birth:* | VAIOLA HOSPITAL TOFOA, TONGATAPU |
| **Fa'ele'i 'anefe:** / *Date of Birth:* | 30 ████ 1993 |
| **Tangata pe Fefine:** / *Sex:* | MALE |
| **Tamai:** / *Father's Name:* | SE████ O████ |
| **Fa'ele'i 'i fe:** / *Place of Birth:* | OFU,VV |
| **Fa'e:** / *Mother's Name:* | SU████ M████ |
| **Fa'ele'i 'i fe:** / *Place of Birth:* | VAOTU'U |
| **Tamasi'i mali pe 'ikai:** / *Legitimate or Illegitimate:* | ILLEGITIMATE |
| **Tohinima 'o e Lesisita:** / *By Whom Registered:* | S.O████   S.M████ |

'Oku ou fakamo'oni 'eni koe ngaahi me'a kuo tohi 'i 'olunga ko e tatau mo'oni ia 'o e me'a 'oku tu'u 'i he Lesisita Fa'ele ki he
*I hereby certify that the above is a true copy of particulars contained in the Birth Register for the*

**vahefonua 'o** / *District of*   Tongatapu   **ki he ta'u** / *for the year*   1993

**Vakai he'eku tohinima hingoa moe sila** / *Witness my hand and the seal*   **na'e fai 'i he** / *dated the*

27th   **'o e mahina ko** / *of the month of*   September 2021

**Vahefonua 'o** / *District of*   Tongatapu

**Failesisita 'o e Fa'ele, Pekia moe Mali, TONGA**
*Registrar of Births, Deaths and Marriages, TONGA*

**FAKATOKANGA:** Koe tohi ni 'oku fokotu'u 'i loto ha ngaahi me'a malu'i
*CAUTION: This document contains inbuilt security features.*